IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | |
| ) | Case No. 16-70853 JAD |
| Gregory F. Coy ) | Chapter 13 |
| Janet M. Coy, ) | |
| *Debtor* ) | Docket No. |
| ) | |
| Gregory F. Coy ) | |
| Janet M. Coy, ) | |
| *Movant* ) | |
| ) | |
| Vs. ) | |
| ) | |
| *No Respondents* ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on May 8, 2018, a true and correct copy of the *Amended Chapter 13 Plan dated May 2, 2018* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

See attached mailing matrix.

Date of Service:    May 8, 2018    /s/ Abagale Steidl
    Abagale Steidl, Esquire
    STEIDL & STEINBERG
    28th Floor, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    asteidl@steidl-steinberg.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 16-70853-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Tue May  8 14:51:03 EDT 2018 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090-2036 |
| CitiFinancial Services, Inc.<br>PO Box 140489<br>Irving, TX 75014-0489 | Clear Spring Loan Service<br>18451 N. Dallas Parkway, Suite 100<br>Dallas, TX 75287-5209 | Gregory F. Coy<br>84 Engle Rd.<br>Clymer, PA 15728-9200 |
| Janet M. Coy<br>84 Engle Rd.<br>Clymer, PA 15728-9200 | DITECH FINANCIAL LLC<br>14841 Dallas Parkway, Suite 300<br>Dallas, TX 75254-7883 | Celine P. DerKrikorian<br>McCabe, Weisberg & Conway PC<br>123 South Broad Street<br>Suite 1400<br>Philadelphia, PA 19109-1060 |
| Ditech<br>P.O. Box 6172<br>Rapid City, SD 57709-6172 | Ditech Financial LLC fka Green Tree Servicin<br>P.O. Box 6154<br>Rapid City, South Dakota 57709-6154 | Dyck-O'Neal, Inc.<br>P.O. Box 13370<br>Arlington, TX 76094-0370 |
| EOS CCA #36082<br>PO Box 981008<br>Boston, MA 02298-1008 | Federal Loan Servicing Credit<br>PO Box 60610<br>Harrisburg, PA 17106-0610 | Mario J. Hanyon<br>Phelan Hallinan Diamond & Jones, LLP<br>Omni William Penn Office Tower<br>555 Grant Street, Suite 300<br>Pittsburgh, PA 15219-4408 |
| Hilco Receivables, LLC/Equity One<br>5 Revere Drive<br>Northbrook, IL 60062-1566 | Kay Jewelers<br>375 Ghent Road<br>Akron, OH 44333-4600 | McCabe Weisberg & Conway, P.C.<br>123 S. Broad Street<br>Suite 1400<br>Philadelphia, PA 19109-1060 |
| NCO Financial<br>P.O. Box 41466<br>Philadelphia, PA 19101 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Palisades Acquisition IX LLC<br>Vativ Recovery Solutions LLC, dba SMC<br>As Agent For Palisades Acquisition IX LL<br>PO Box 40728<br>Houston, TX 77240-0728 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | John Rafferty<br>Buckley Madole, P.C.<br>P.O. Box 9013<br>Addison, TX 75001-9013 | Abagale E. Steidl<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor - Gulf Tower<br>Pittsburgh, PA 15219-1908 |
| U.S.Department of Education<br>C/O FedLoan Servicing<br>P.O.Box 69184<br>Harrisburg PA 17106-9184 | Verizon Wireless<br>PO Box 26005<br>Minneapolis, MN 55426-0005 | James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ditech Financial LLC            End of Label Matrix
                                   Mailable recipients    27
                                   Bypassed recipients     1
                                   Total                  28