IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Gregory F. Coy | ) | |
| Janet M. Coy, | ) | Case No. 16-70853 |
| *Debtor(s)* | ) | Chapter 13 |
| | ) | |
| Gregory F. Coy, | ) | Document No. WO-1 |
| Social Security No. XXX-XX-8897 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | Related to Document No. 87 |
| | ) | |
| ARIN IU 28 and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| *Respondent(s)* | ) | |

**CERTIFICATE OF SERVICE OF AMENDED WAGE ATTACHMENT ORDER AND NOTIFICATION
OF DEBTOR'S SOCIAL SECURITY NUMBER**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) <u>May 22, 2018.</u>

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: <u>First Class Mail</u>.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:

| | | |
|---|---|---|
| Ronda J. Winnecour, Trustee | ARIN IU 28 | Gregory F. Coy |
| Suite 3250, USX Tower | Attn: Payroll Dept. | 84 Engle Rd. |
| 600 Grant Street | 2895 W. Pike | Clymer, PA 1572 |
| Pittsburgh, PA 15219 | Indiana, PA 15701 | |

By:

<u>May 22, 2018</u>                    /s/ Abagale E. Steidl
DATE                                    Abagale E. Steidl, Esquire
                                        **Attorney for the Debtor**
                                        STEIDL & STEINBERG
                                        Suite 2830, Gulf Tower
                                        707 Grant Street
                                        Pittsburgh, PA 15219
                                        (412) 391-8000
                                        asteidl@steidl-steinberg.com
                                        PA I.D. No. 319217