UNITED STATES BANKRUPTCY COURT

District of Pennsylvania (Western)

December 14, 2018

In Re:                                            Case Number: 16-70853

Debtor(s):     Gregory F. Coy

               Janet M. Coy

**Withdraw of Notice**

This shall serve as notice to the court that creditor Ditech Financial LLC wishes to withdraw
Notice of Payment Change that was filed on 12/6/2018 on behalf of Ditech Financial LLC.

/s/
 Daniel Vincent
Bankruptcy Representative
Ditech Financial LLC
PO Box 6154
Rapid City, SD 57709
Phone: 1-888-298-7785
Fax: 1-866-259-1471
Email: poc.team@ditech.com