IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Gregory F. Coy | ) | |
| Janet M. Coy, | ) | Case No. 16-70853-JAD |
| *Debtor(s)* | ) | Chapter 13 |
| | ) | |
| Gregory F. Coy, | ) | Related to Document No. 96 |
| Social Security No. XXX-XX-8897 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| ARIN IU 28 and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| *Respondent(s)* | ) | |

## CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify that on December 2, 2019, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee            Gregory F. Coy
Suite 3250 – US Steel Tower             84 Engle Rd.
600 Grant Street                    Clymer, PA 15728
Pittsburgh, PA 15219

ARIN IU 28
Attn: Payroll Dept.
2895 W. Pike
Indiana, PA 15701

Date of Service:      December 2, 2019      /s/ Abagale E. Steidl
                                          Abagale E. Steidl, Esquire
                                          STEIDL & STEINBERG
                                          28th Floor, Gulf Tower
                                          707 Grant Street
                                          Pittsburgh, PA 15219
                                          (412) 391-8000
                                          PA I.D. 319217