2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-70853-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Gregory F. Coy<br>84 Engle Rd.<br>Clymer PA 15728 | Janet M. Coy<br>84 Engle Rd.<br>Clymer PA 15728 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/14/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 1: Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 | New Residential Mortgage LLC<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  01/17/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:   Case No. 16-70853-JAD
Gregory F. Coy   Chapter 13
Janet M. Coy
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-7   User: aala   Page 1 of 1   Date Rcvd: Jan 15, 2020
                      Form ID: trc   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14360599   E-mail/Text: bankruptcy.bnc@ditech.com Jan 16 2020 04:25:14
    Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
    Rapid City, South Dakota 57709-6154
                                                                                                            TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2020 at the address(es) listed below:
      Abagale E. Steidl   on behalf of Debtor Gregory F. Coy asteidl@steidl-steinberg.com,
       julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
      Abagale E. Steidl   on behalf of Joint Debtor Janet M. Coy asteidl@steidl-steinberg.com,
       julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
      Celine P. DerKrikorian   on behalf of Creditor    Ditech Financial LLC ecfmail@mwc-law.com
      James  Warmbrodt   on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
      James  Warmbrodt   on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
      Mario J. Hanyon   on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 8