**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/23/21 12:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  GREGORY F. COY
JANET M. COY
        Debtor(s)
  Ronda J. Winnecour, Trustee
    Movant
      vs.
  GREGORY F. COY
JANET M. COY

      Respondents

Case No. 16-70853-JAD

Chapter 13

Related To ECF No. 114

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this 23rd day of August. 2021, it is hereby ORDERED, ADJUDGED and DECREED that,

ARIN IU 28
Attn: Payroll Manager
2895 W Pike
Indiana, PA 15701

is hereby ordered to immediately terminate the attachment of the wages of GREGORY F. COY, social security number XXX-XX-8897. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of GREGORY F. COY.

BY THE COURT:

_____
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70853-JAD |
| Gregory F. Coy | Chapter 13 |
| Janet M. Coy | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: msch | Page 1 of 2 |
| Date Rcvd: Aug 23, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory F. Coy, Janet M. Coy, 84 Engle Rd., Clymer, PA 15728-9200 |
| | + | ARIN IU 28, Attn: HR / Payroll Manager, 2895 W. Pike, Indiana, PA 15701-9769 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2021           Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Gregory F. Coy asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Joint Debtor Janet M. Coy asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | |

| | | |
|---|---|---|
| District/off: 0315-7 | User: msch | Page 2 of 2 |
| Date Rcvd: Aug 23, 2021 | Form ID: pdf900 | Total Noticed: 2 |

on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com

Celine P. DerKrikorian

on behalf of Creditor Ditech Financial LLC ecfmail@mwc-law.com

Charles Griffin Wohlrab

on behalf of Creditor New Residential Mortgage LLC cwohlrab@raslg.com

Charles Griffin Wohlrab

on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com

Mario J. Hanyon

on behalf of Creditor Ditech Financial LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 10