IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 16-70853 JAD |
| | Chapter 13 |
| Gregory F. Coy | |
| Janet M. Coy, | Related to Docket No. 109 |
|     *Debtors* | |
| | |
| Gregory F. Coy | |
| Janet M. Coy, | |
|     *Movants* | |
| | |
| vs. | |
| | |
| Ronda J. Winnecour, Esq., Trustee, | |
|     *Respondents* | |

### REPORT OF NO AUTOMOBILE FINANCING

AND NOW, come the debtors, Gregory and Janet Coy, by and through their attorney Abagale Steidl, and Steidl and Steinberg, and respectfully represents as follows:

1. On July 30, 2021, this Honorable Court signed an Order authorizing the Debtors to purchase a new or used motor vehicle for an amount up to $25,000.00 and an interest rate of up to 21% per year with a monthly payment not to exceed $450.00 per month.

2. The debtors have decided that they do not wish to finance a vehicle at this time.

WHEREFORE, the debtors, Gregory and Janet Coy, respectfully file this report of no financing.

                                                Respectfully submitted,

<u>September 24, 2021</u>                  /s/ Abagale Steidl
      DATE                              Abagale Steidl, Esquire
                                          Attorney for the Debtors
                                          STEIDL & STEINBERG
                                          Suite 2830 – Gulf Tower
                                          707 Grant Street
                                          Pittsburgh, PA  15219
                                          (412) 391-8000
                                          PA I. D. No.  319217
                                          asteidl@steidl-steinberg.com