IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No. 16-70853 JAD |
| ) | Chapter 13 |
| Gregory F. Coy, ) | |
| Janet M. Coy, ) | |
|     *Debtors* ) | Related to Docket No. 121 |
| ) | |
| Steidl and Steinberg, P.C., ) | |
|     *Applicant* ) | |
| ) | |
| vs. ) | |
| ) | |
| Ronda J. Winnecour, Trustee, ) | |
|     *Respondent* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 13, 2021, a true and correct copy of the *Consent Order of Court dated October 8, 2021* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties on the attached mailing matrix.

**Served by ECF:** Ronda J. Winnecour, Trustee
**Served by ECF:** Office of the United States Trustee

Date of Service: October 13, 2021        /s/ Abagale E. Steidl
        Abagale E. Steidl, Esquire
        Attorney for the Debtors

        STEIDL & STEINBERG
        Suite 2830, Gulf Tower
        707 Grant Street
        Pittsburgh, PA 15219
        (412) 391-8000
        asteidl@steidl-steinberg.comPA
        I.D. No. 319217

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 16-70853-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Wed Oct 13 12:32:44 EDT 2021 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090-2036 |
| CitiFinancial Services, Inc.<br>PO Box 140489<br>Irving, TX 75014-0489 | Clear Spring Loan Service<br>18451 N. Dallas Parkway, Suite 100<br>Dallas, TX 75287-5209 | Gregory F. Coy<br>84 Engle Rd.<br>Clymer, PA 15728-9200 |
| Janet M. Coy<br>84 Engle Rd.<br>Clymer, PA 15728-9200 | DITECH FINANCIAL LLC<br>14841 Dallas Parkway, Suite 300<br>Dallas, TX 75254-7883 | Celine P. DerKrikorian<br>McCabe, Weisberg & Conway PC<br>123 South Broad Street<br>Suite 1400<br>Philadelphia, PA 19109-1060 |
| Ditech<br>P.O. Box 6172<br>Rapid City, SD 57709-6172 | Ditech Financial LLC fka Green Tree Servicin<br>P.O. Box 6154<br>Rapid City, South Dakota 57709-6154 | Dyck-O'Neal, Inc.<br>P.O. Box 13370<br>Arlington, TX 76094-0370 |
| EOS CCA #36082<br>PO Box 981008<br>Boston, MA 02298-1008 | Federal Loan Servicing Credit<br>PO Box 60610<br>Harrisburg, PA 17106-0610 | Mario J. Hanyon<br>Brock & Scott, PLLC<br>302 Fellowship Road<br>Suite 130<br>Mount Laurel, NJ 08054-1218 |
| Hilco Receivables, LLC/Equity One<br>5 Revere Drive<br>Northbrook, IL 60062-1566 | Kay Jewelers<br>375 Ghent Road<br>Akron, OH 44333-4600 | McCabe Weisberg & Conway, P.C.<br>123 S. Broad Street<br>Suite 1400<br>Philadelphia, PA 19109-1060 |
| NCO Financial<br>P.O. Box 41466<br>Philadelphia, PA 19101 | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICI<br>P.O. Box 10826<br>Greenville, Sc 29603-0826 | New Residential Mortgage LLC<br>RAS Crane, LLC<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097-8461 |
| New Residential Mortgage LLC<br>P.O. Box 10826<br>Greenville, SC 29603-0826 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| Palisades Acquisition IX LLC<br>Vativ Recovery Solutions LLC, dba SMC<br>As Agent For Palisades Acquisition IX LL<br>PO Box 40728<br>Houston, TX 77240-0728 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| John Rafferty<br>Buckley Madole, P.C.<br>P.O. Box 9013<br>Addison, TX 75001-9013 | Abagale E. Steidl<br>Steidl & Steinberg<br>707 Grant Street<br>28th Floor - Gulf Tower<br>Pittsburgh, PA 15219-1908 | U.S. Bank Trust National Association, as Tru<br>Friedman Vartolo, LLP<br>85 Broad Street, Suite 501<br>New York, NY 10004-1734 |

| | | |
|---|---|---|
| U.S.Department of Education<br>C/O FedLoan Servicing<br>P.O.Box 69184<br>Harrisburg PA 17106-9184 | Verizon Wireless<br>PO Box 26005<br>Minneapolis, MN 55426-0005 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| Charles Griffin Wohlrab<br>Robertson, Anschutz, Schneid, Crane & Pa<br>10700 Abbott's Bridge Road, Suite 170<br>Duluth, GA 30097-8461 | c/o Rushmore Loan Management Services, LLC<br>P.O. Box 55004<br>Irvine, CA 92619-5004 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ditech Financial LLC

End of Label Matrix
Mailable recipients   34
Bypassed recipients    1
Total                 35