FILED
10/12/21 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | ) |
| Gregory F. Coy | )    Case No. 16-70853 JAD |
| Janet M. Coy | ) |
|     Debtor | )    Chapter 13 |
| | )    Related to Doc. # 120 |
| Steidl and Steinberg, P.C. | ) |
|     Applicant | ) |
| | ) |
| vs. | ) |
| | ) |
| Ronda J. Winnecour, Trustee, | ) |
|     Respondents | ) |

## CONSENT ORDER OF COURT

AND NOW, to-wit this __12th__ day of __October__, 2021, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Final Compensation is approved in the additional amount of $2,690.00 for work performed in the Chapter 13 case by Debtors' counsel from December 7, 2016, to October 6, 2021 for work totaling 33.4 hours breaking down as such:

    a. Julie Frazee Steidl, Partner- 0.6 hours @ $350.00/hour =     $ 210.00
    b. Abagale E. Steidl, Associate- 15.6 hours @ $250.00/hour=    $ 3,900.00
    c. Paralegal- 17.2 hours @ $150.00/hour=    $ 2,580.00

2. The Debtors paid their counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3. While the actual time and expense incurred totals fees of $6,690.00 including the $4,000.00 "no look fee", in light of the debtor's circumstances, the funds paid by the trustee will total $4,190.00, which is composed of:

    a. $3,190.00 paid as part of the remaining "no look fee",
    b. $1,000.00 approved by the confirmed amended plan dated May 2, 2018 (docket # 84) and confirmed by the Confirmation Order dated July 17, 2017 (docket # 91)

4. A retainer of $810.00 was paid directly by the Debtor prior to filing and is not included in the calculations shown in part 3.

5. Debtors' counsel received payment of the $1,000.00 LMP "no look" fee for services rendered in association with modification work. None of that work is provided for in this consent order.

6. This proposed Order shall be served on the case mailing matrix with objections to be filed within 14 days.

Hon. Jeffery A. Deller
United States Bankruptcy Judge

/s/ Ronda Winnecour, Trustee
Ronda Winnecour, Trustee
Chapter 13 Standing Trustee

/s/ Abagale E. Steidl
Abagale E. Steidl, Esquire
Attorney for the Debtor

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70853-JAD |
| Gregory F. Coy | Chapter 13 |
| Janet M. Coy | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: lfin | Page 1 of 2 |
| Date Rcvd: Oct 12, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory F. Coy, Janet M. Coy, 84 Engle Rd., Clymer, PA 15728-9200 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abagale E. Steidl | on behalf of Debtor Gregory F. Coy asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Joint Debtor Janet M. Coy asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: lfin | Page 2 of 2 |
| Date Rcvd: Oct 12, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Celine P. DerKrikorian
    on behalf of Creditor Ditech Financial LLC ecfmail@mwc-law.com

Charles Griffin Wohlrab
    on behalf of Creditor New Residential Mortgage LLC cwohlrab@raslg.com

Charles Griffin Wohlrab
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com

Mario J. Hanyon
    on behalf of Creditor Ditech Financial LLC wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 10