IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In Re: | ) | |
|---|---|---|
| | ) | Case No. 16-70853 JAD |
| Gregory E. Coy | ) | Chapter 13 |
| Janet M. Coy, | ) | Docket No. |
| *Debtors* | ) | |
| | ) | |
| Gregory E. Coy | ) | |
| Janet M. Coy, | ) | |
| *Movants* | ) | |
| | ) | |
| *No Respondent(s)* | ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On October 6, 2021 at docket numbers 118 and 119 the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

October 11, 2021                                             /s/ Gregory E. Coy_____
Date                                                                     Debtor


October 11, 2021                                             /s/ Janet M. Coy_____
Date                                                                     Debtor

                                                Respectfully submitted,

<u>October 21, 2021</u>                         <u>/s/ Abagale E. Steidl</u>
DATE                                    Abagale E. Steidl, Esquire
                                            Attorney for the Debtor

                                            STEIDL & STEINBERG
                                            707 Grant Street
                                            Suite 2830, Gulf Tower
                                            Pittsburgh, PA 15219
                                            (412) 391-8000
                                            asteidl@steidl-steinberg.com
                                            PA I.D. No. 319217

**PAWB Local Form 24 (07/13)**