**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GREGORY F. COY<br>JANET M. COY<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>    Movant<br>  vs.<br>No Respondents. | Case No.:16-70853 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

   1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
   2. Approve the Trustee's Report of Receipts and Disbursements,
   3. Terminate wage attachments,
   4. Revest property of the estate in the debtor(s), and
   5. Enter a final decree and close this case.

   November 22, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/23/2016 and confirmed on 3/31/17. The case was subsequently  Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 125,360.00 |
| Less Refunds to Debtor | 4,597.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 120,763.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 6,880.00 | |
|   Trustee Fee | 6,004.71 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,884.71 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| US BANK TRUST NA - TRUSTEE ET AL<br>Acct: 8199 | 0.00 | 0.00 | 0.00 | 0.00 |
| US BANK TRUST NA - TRUSTEE ET AL<br>Acct: 8199 | 13,926.00 | 13,926.00 | 0.00 | 13,926.00 |
| US BANK TRUST NA - TRUSTEE ET AL<br>Acct: 8199 | 5,492.73 | 5,492.73 | 0.00 | 5,492.73 |
| US BANK TRUST NA - TRUSTEE ET AL<br>Acct: 8199 | 0.00 | 86,638.03 | 0.00 | 86,638.03 |
| US BANK TRUST NA - TRUSTEE ET AL<br>Acct: 8199 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 106,056.76 |
| **Priority** | | | | |
| ABAGALE E STEIDL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GREGORY F. COY<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GREGORY F. COY<br>Acct: | 4,597.00 | 4,597.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: | 3,190.00 | 3,190.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX6-21 | 2,690.00 | 2,690.00 | 0.00 | 0.00 |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
| US DEPARTMENT OF EDUCATION<br>Acct: 8897 | 0.00 | 1,040.00 | 0.00 | 1,040.00 |
| ASSET ACCEPTANCE CORP<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIFINANCIAL INC (NON-RE*)++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CLEARSPRING LOAN SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 0508 | | | | |
| EOS CCA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HILCO RECEIVABLES LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 336 | | | | |
| KAY JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0159 | | | | |
| NCO FINANCIAL SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9178 | | | | |
| PALISADES ACQUISITION/PALISADES CLI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 579.63 | 579.63 | 0.00 | 579.63 |
| Acct: 0002 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 201.90 | 201.90 | 0.00 | 201.90 |
| Acct: 0001 | | | | |
| MCCABE WEISBERG & CONWAY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR V. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DYCK O NEAL INC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,821.53 |

TOTAL PAID TO CREDITORS                                                                107,878.29

TOTAL CLAIMED
PRIORITY          0.00
SECURED     19,418.73
UNSECURED      781.53

Date: 11/22/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    GREGORY F. COY
    JANET M. COY
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-70853 JAD

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70853-JAD |
| Gregory F. Coy | Chapter 13 |
| Janet M. Coy | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: jhel | Page 1 of 2 |
| Date Rcvd: Nov 23, 2021 | Form ID: pdf900 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##       Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory F. Coy, Janet M. Coy, 84 Engle Rd., Clymer, PA 15728-9200 |
| aty | + | John Rafferty, Buckley Madole, P.C., P.O. Box 9013, Addison, TX 75001-9013 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, P.O. Box 10826, Greenville, Sc 29603-0826 |
| cr | + | New Residential Mortgage LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | U.S. Bank Trust National Association, as Trustee o, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 14347724 | | CitiFinancial Services, Inc., PO Box 140489, Irving, TX 75014-0489 |
| 14340479 | + | Ditech, P.O. Box 6172, Rapid City, SD 57709-6172 |
| 14360599 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14347728 | + | EOS CCA #36082, PO Box 981008, Boston, MA 02298-1008 |
| 14347729 | + | Federal Loan Servicing Credit, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14347730 | + | Hilco Receivables, LLC/Equity One, 5 Revere Drive, Northbrook, IL 60062-1566 |
| 14340480 | + | McCabe Weisberg & Conway, P.C., 123 S. Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14347733 | | NCO Financial, P.O. Box 41466, Philadelphia, PA 19101 |
| 15183850 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14419202 | | U.S.Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg PA 17106-9184 |
| 14347735 | + | Verizon Wireless, PO Box 26005, Minneapolis, MN 55426-0005 |
| 15404145 | | c/o Rushmore Loan Management Services, LLC, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Nov 23 2021 23:25:00 | New Residential Mortgage LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14401680 | | Email/PDF: ebn_ais@aisinfo.com | Nov 23 2021 23:28:57 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14347723 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Nov 23 2021 23:26:00 | Asset Acceptance LLC, PO Box 2036, Warren, MI 48090-2036 |
| 14347727 | + | Email/Text: vlazo@dyckoneal.com | Nov 23 2021 23:26:00 | Dyck-O'Neal, Inc., P.O. Box 13370, Arlington, TX 76094-0370 |
| 14347731 | + | Email/Text: BKRMailOPS@weltman.com | Nov 23 2021 23:26:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 14347734 | | Email/Text: ebn@vativrecovery.com | Nov 23 2021 23:26:00 | Palisades Acquisition IX LLC, Vativ Recovery Solutions LLC, dba SMC, As Agent For Palisades Acquisition IX LL, PO Box 40728, Houston, TX 77240-0728 |

TOTAL: 6

Case 16-70853-JAD    Doc 130    Filed 11/25/21    Entered 11/26/21 00:29:27    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0315-7 | User: jhel | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Nov 23, 2021 | Form ID: pdf900 | Total Noticed: 23 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Ditech Financial LLC |
| 14347726 | *+ | Ditech, P.O. Box 6172, Rapid City, SD 57709-6172 |
| 14347732 | *+ | McCabe Weisberg & Conway, P.C., 123 S. Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14347725 | ##+ | Clear Spring Loan Service, 18451 N. Dallas Parkway, Suite 100, Dallas, TX 75287-5209 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Abagale E. Steidl | on behalf of Debtor Gregory F. Coy asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Abagale E. Steidl | on behalf of Joint Debtor Janet M. Coy asteidl@steidl-steinberg.com julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Ditech Financial LLC ecfmail@mwc-law.com |
| Charles Griffin Wohlrab | on behalf of Creditor New Residential Mortgage LLC cwohlrab@raslg.com |
| Charles Griffin Wohlrab | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com |
| Mario J. Hanyon | on behalf of Creditor Ditech Financial LLC wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10